# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

TYRONE GAMBLE                                                                              PLAINTIFF

v.                                   No. 4:09CV00967 JLH

CRAIN CDJ, LLC                                                       DEFENDANT

## ORDER

The joint motion to extend discovery and motions deadlines is GRANTED.  Document #19. The discovery deadline is extended up to and including October 1, 2010, and the motions deadline is extended up to and including October 22, 2010.

IT IS SO ORDERED this 27th day of September, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE