## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

TYRONE GAMBLE                                                                                           PLAINTIFF

v.                                      No. 4:09CV00967 JLH

CRAIN CDJ, LLC,
d/b/a Crain Chrysler Dodge Jeep                                                          DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Crain CDJ, LLC, d/b/a Crain Chrysler Dodge Jeep, on the claims of Tyrone Gamble. The complaint of Tyrone Gamble is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of February, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE